UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

## CATEGORY SHEET

You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).

Attorney Name (Last, First, MI):   Gallagher, Mark

USDC-PR Bar Number:   3317

Email Address:   mark.gallagher@usdoj.gov

1. Title (caption) of the Case (provide only the names of the first party on each side):

    Plaintiff:   United States of America

    Defendant:   TotalEnergies Marketing Puerto Rico Corporation

2. Indicate the category to which this case belongs:

    ☒ Ordinary Civil Case
    ☐ Social Security
    ☐ Banking
    ☐ Injunction

3. Indicate the title and number of related cases (if any).

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?

    ☐ Yes
    ☒ No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

    ☐ Yes
    ☒ No

6. Does this case question the constitutionality of a state statute? (See, Fed.R.Civ. P. 24)

    ☐ Yes
    ☒ No

Date Submitted:   09/19/2022

rev. Dec. 2009

[Print Form]   [Reset Form]